JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HUGO VIDALES VILLALOBOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF LOS ANGELES, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:24-cv-09731-CV (AGRx)<br><br>**JUDGMENT** |

　　**IT IS ADJUDGED** that the above-captioned case is **DISMISSED WITH PREJDUICE**. The parties shall bear their own fees and costs.

Dated: 12/1/25

　　　　　　　　　　　　　　　*Cynthia Valenzuela*
　　　　　　　　　　　　　　　HON. CYNTHIA VALENZUELA
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1